IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRI MITCHELL,

    Plaintiff,

v.                                       Case No. 3:09cv280/LAC/MD

WALTER A. McNEILL, in his official
capacity as SECRETARY OF THE FLORIDA
DEPARTMENT OF CORRECTIONS,

    Defendant.
_____/

## ORDER

Plaintiff's motion for extension of time to file her amended complaint, as contained in her response (doc.8) to Defendant's motion to dismiss, is GRANTED. In the future, Plaintiff shall file all motions separately.

Defendant's motion to dismiss (doc.6) is DENIED without prejudice to its renewal in response to the amended complaint.

**ORDERED** on this 11th day of September, 2009.

                                                s/ *L.A. Collier*
                                                  Lacey A. Collier
                                           Senior United States District Judge